ANTHONY MICHAEL GLASSMAN (SBN 037934)
ALEXANDER RUFUS-ISAACS (SBN 135747)
RICHELLE L. KEMLER (SBN 232712)
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff
DR. FREDERICK K. C. PRICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Case No. CV08-3936 RGK (FFMx)<br>[Honorable Frederick F. Mumm]<br><br>**NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>[Joint Stipulation re Dispute in Discovery Matter filed concurrently herewith]<br><br>Date:           October 7, 2008<br>Time:          10:00 a.m.<br>Place:         Courtroom E<br><br>Date Filed:          December 18, 2007<br>Date Transferred:  June 12, 2008<br><br>Trial Date:           None Set |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 7, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled court, located at 312 N. Spring St., Los Angeles, California 90012, in the courtroom of Hon. Federick F. Mumm, plaintiff Dr. Frederick K.C. Price, will move this Court for an Order granting Plaintiff's Motion to Compel.

171808.1

This Motion is based on this Notice of Motion, the Joint Stipulation re Dispute in Discovery Matter filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: September 12, 2008

GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.

By: *[signature]*
ANTHONY MICHAEL GLASSMAN
ALEXANDER RUFUS-ISAACS
RICHELLE L. KEMLER
Attorneys for Plaintiff

171808.1

2

NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES