ANTHONY MICHAEL GLASSMAN (SBN 037934)
ALEXANDER RUFUS-ISAACS (SBN 135747)
RICHELLE L. KEMLER (SBN 232712)
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff
DR. FREDERICK K. C. PRICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br>v.<br><br>JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Case No. CV08-3936 RGK (FFMx)<br>[Honorable Frederick F. Mumm]<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date: October 7, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom E<br><br>Date Filed: December 18, 2007<br>Date Transferred: June 12, 2008<br><br>Trial Date: None Set |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel discovery responses is granted. Defendants shall respond to the Rule 34 documents requests and shall produce to Plaintiff's counsel all documents requested in their possession, custody or control on or before October ____, 2008 unless otherwise agreed to among the parties. Further Defendants shall produce for depositions, on or before October ___, 2008,

171808.2

unless otherwise agreed to among the parties, Glen Ruppel, John Stossel, Ruth Iwano, and the PMK of Trinity Foundation who corresponded with the ABC Defendants and provided footage to the ABC Defendants concerning the subject March 23, 2007 programming.

DATED: _____   _____
FREDERICK F. MUMM
UNITED STATES DISTRICT COURT MAGISTRATE