**EXHIBIT A**
DECLARATION OF DAVID E. FINK
IN SUPPORT OF ABC'S PORTIONS OF THE JOINT STIPULATION
RE: DISCOVERY MATTER

**EXHIBIT A**
DECLARATION OF DAVID E. FINK
IN SUPPORT OF ABC'S PORTIONS OF THE JOINT STIPULATION
RE: DISCOVERY MATTER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PRICE | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-08-3936 RGK (FFM) |
| v. | |
| STOSSEL, ET AL. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of David E. Fink in Support of ABC's Portions of the Joint Stipulation re: Discovery Matter (with Exhibit A attached)

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Declaration with Exhibit: Declaration of David E. Fink (Exhibit A is a CD of ABC's News Report on "20/20" and "Good Morning America")

**Reason:**

- ☐ Under Seal
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

September 15, 2008
Date

*Tami Kameda*
Attorney Name

Stossel, et al.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)            NOTICE OF MANUAL FILING

Exhibit A
Page 6

