ANTHONY MICHAEL GLASSMAN (SBN 037934)
ALEXANDER RUFUS-ISAACS (SBN 135747)
RICHELLE L. KEMLER (SBN 232712)
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff
DR. FREDERICK K. C. PRICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Case No. CV08-3936 RGK (FFMx)<br>[Honorable Frederick F. Mumm]<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES; [PROPOSED] ORDER (ATTACHMENT 1 HERETO)**<br><br>[Declaration of Alexander Rufus-Isaacs submitted concurrently herewith]<br><br>Date Filed:       December 18, 2007<br>Date Transferred: June 12, 2008<br><br>Trial Date:       None Set |

## I.

## INTRODUCTION AND FACTUAL BACKGROUND

Plaintiff Dr. Frederick K.C. Price ("Plaintiff") hereby requests that the Court grant Plaintiff's request for an order shortening time for a hearing on Plaintiff's Motion to Compel discovery responses.

171807.1

On August 28, 2008, Plaintiff emailed his draft of the Joint Stipulation re Discovery Dispute as required by Local Rule 37-2.2 to the ABC Defendant's counsel for review. Pursuant to Local Rule 37-2.2, Defendants had five court days to incorporate their portion of the Joint Stipulation. However, Plaintiff did not receive Defendants' portion of the Joint Stipulation until September 12, 2008. Thus, the Joint Stipulation re Discovery Dispute was not filed until September 15, 2008, making October 7, 2008 the earliest possible date to set a regularly noticed Motion before the Honorable Frederick F. Mumm.

However, pursuant to the August 11, 2008 Order of the Honorable R. Gary Klausner, Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., Ole Anthony and Trinity Foundation, Inc. ("Defendants") have until September 22, 2008 to file their Anti-SLAPP Motion. It is Plaintiff's understanding that Defendants' counsel is intending to set the hearing on their anti-SLAPP motion for October 27, 2008. Based on the parties' stipulation, Plaintiff has 21 days prior to the hearing to oppose Defendants' anti-SLAPP motion, which opposition would be due on or before October 6, 2008, i.e., one day prior to this Court's hearing on the discovery dispute. Therefore, Plaintiff seeks a hearing date for his Motion to Compel certain discovery before October 6, 2008, the date the opposition is due.

The status conference is scheduled for September 15, 2008. On September 12, 2008, counsel for Plaintiff notified counsel for Defendants of the instant ex parte application. This ex parte application is based upon the Notice of Motion, the Joint Stipulation re Discovery Dispute and the Declaration of Alexander Rufus-Isaacs filed concurrently herewith.

## II.

## THE COURT SHOULD GRANT THIS EX PARTE APPLICATION

The court should grant an order shortening time for hearing before the Magistrate regarding the Plaintiff's Motion to Compel Discovery Responses. Plaintiff's discovery dispute seeks to compel discovery of information necessary to prepare Plaintiff's

1  opposition to Defendants' anti-SLAPP motion which is due on or before October 6,
2  2008.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant his request for an order shortening time for a hearing on the Motion to Compel Discovery.

DATED: September 15, 2008            GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.

By: _____
ANTHONY MICHAEL GLASSMAN
ALEXANDER RUFUS-ISAACS
RICHELLE L. KEMLER
Attorneys for Plaintiff