UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03936-RGK (FFMx) | Date | October 21, 2008 |
|---|---|---|---|
| Title | DR. FREDERICK KC PRICE v. JOHN STOSSEL, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Plaintiff's Motion Objecting to Magistrate Judge's Order Denying Motion to Compel (DE 62); and Defendant John Stossel, Glenn Ruppel and ABC's Motion to Strike Plaintiff's First Amended Complaint (DE 52)

The Court hereby advises counsel that the above-referenced motions set for hearing on October 27, 2008 at 9:00 a.m. are **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, **no appearance by counsel is necessary** and the Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |