UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03936-RGK (FFMx) | Date | November 20, 2008 |
|---|---|---|---|
| Title | DR. FREDRICK PRICE v. JOHN STOSSEL, et al | | |

| Present: The Honorable | R. GARY KLAUNSER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Lead Attorneys Present for Plaintiffs: | Lead Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**  **(IN CHAMBERS) Order Denying Motion Objecting to Order Denying Plaintiff's Motion to Compel (DE 62)**

In this motion, Plaintiff seeks an order modifying the September 24, 2008 Order Denying Motion to Compel ("Order"), issued by Magistrate Judge Mumm. According to Fed. R. Civ. P. 72(a), a district court "shall modify or set aside any portion of the magistrate's judges' order found to be clearly erroneous or contrary to the law." Upon review and consideration of the Order and the relevant facts and arguments, the Court finds that Magistrate Judge Mumm's order is sound and well-reasoned. Therefore, Plaintiff's motion fails to meet the clearly erroneous or contrary to law standard set forth by Rule 72(a), and the Court **denies** Plaintiff's request.

**IT IS SO ORDERED**.

| | : |
|---|---|
| Initials of Preparer | slw |