# EXHIBIT 1

WHITE O'CONNOR FINK & BRENNER LLP
Andrew M. White (STATE BAR NO. 60181)
David E. Fink (STATE BAR NO. 169212)
Allison S. Rohrer (STATE BAR NO. 224029)
Tami Kameda (STATE BAR NO. 245628)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
awhite@whiteo.com
dfink@whiteo.com
arohrer@whiteo.com
tkameda@whiteo.com

Attorneys for John Stossel; Glenn Ruppel; and American Broadcasting Companies, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DR. FREDERICK K.C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | CASE NO. CV-08-03936 RGK (FFMx)<br><br>(The Honorable R. Gary Klausner)<br><br>[PROPOSED] JUDGMENT STRIKING FIRST AMENDED COMPLAINT |

233502.2.doc

[PROPOSED] JUDGMENT

# [PROPOSED] JUDGMENT

On November 21, 2008, by written minute order, this Court granted the special motion to strike Plaintiff Frederick K.C. Price's ("Plaintiff") first amended complaint pursuant to Section 425.16 of the California Code of Civil Procedure submitted by Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc. (collectively, the "ABC Defendants"). Defendants Ole Anthony and Trinity Foundation, Inc. (collectively, the "Trinity Defendants") joined in said special motion to strike.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff shall take nothing by his first amended complaint against the ABC Defendants and the Trinity Defendants, and Plaintiff's first amended complaint is stricken, in its entirety, with prejudice.

2. The ABC Defendants and the Trinity Defendants are the prevailing parties in this action.

3. Requests for Attorneys Fees may be made by regularly noticed motion to the Court. ~~Pursuant to Rule 54 of the Federal Rules of Civil Procedure and Section 425.16 of the California Code of Civil Procedure, the ABC Defendants are awarded their attorneys' fees and costs in this action in the amount of $_____, together with interest as provided by law.~~

Costs

4. Requests for Costs may be made by application to the Clerk of the Court. ~~Pursuant to Rule 54 of the Federal Rules of Civil Procedure and Section 425.16 of the California Code of Civil Procedure, the Trinity Defendants are awarded their attorneys' fees and costs in this action in the amount of $_____, together with interest as provided by law.~~

DATED: 01.09.09

_Gary Klausner_
Hon. R. Gary Klausner
United States District Court Judge