Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

LEWIS BRISBOIS BISGAARD & SMITH LLP
KARL R. LOUREIRO (SBN: 162318)
WILLIAM E. PALLARES (SBN: 187740)
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: 213-250-1800
Facsimile: 213-250-7900
loureiro@lbbslaw.com
pallares@lbbslaw.com

Attorneys for Defendants OLE ANTHONY
and TRINITY FOUNDATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DR. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware Corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | CASE NO. CV-08-3936 RGK (FFM)<br><br>(The Honorable R. Gary Klausner)<br><br>[PROPOSED] ORDER DISMISSING DEFENDANTS OLE ANTHONY AND TRINITY FOUNDATION, INC. WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Trial Date: June 28, 2011<br><br>IT IS SO ORDERED<br><br>Dated __MAY 20 2011__<br><br>_____<br>United States District Judge |

PLEASE TAKE NOTICE that Plaintiff Frederick K.C. Price and Defendants

Ole Anthony and Trinity Foundation, Inc. submitted to the Court a Stipulation of

Dismissal with Prejudice of Defendants Ole Anthony and Trinity Foundation, Inc.,

IT IS HEREBY ORDERED that:

The above-captioned action is dismissed, in its entirety and with prejudice,

against Defendants Ole Anthony and Trinity Foundation, Inc. pursuant to Rule 41(a)

of the Federal Rules of Civil Procedure, with each party to bear his or its own fees

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4826-9980-2633.1

[PROPOSED] ORDER                    CASE NO.CV-08-3936 (RGK)(FFM)

1   and costs.

2        IT IS SO ORDERED

3

4

5   DATED:

6

7

8                           The Honorable R. Gary Klausner

9                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28